**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FRANK A. SPLENDORIO**
Deputy City Attorney, SBN 272601
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
E-mail: Frank.Splendorio@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, et al.

**NICK CASPER**, SBN 244637
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Boulevard, Suite 1020
Walnut Creek, CA 94596
Telephone:     (925) 947-1147
Facsimile:     (925) 947-1131

Attorneys for Plaintiff, GUILLERMO SOLIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GUILLERMO SOLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO; VALLEJO POLICE CHIEF JOSEPH KREINS, individually and in his official capacity; VALLEJO POLICE OFFICER JOSH CAITHAM, individually; COUNTY OF SOLANO; SOLANO COUNTY SHERIFF THOMAS A. FERRARA, individually and in his official capacity; and DOES 1 through 20,<br><br>    Defendants. | **Case No: 2:14-cv-00483-KJM-KJN**<br><br>**STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; ORDER** |

1. The City's prior counsel departed for her new position in November 30, 2015;

2. The City's current counsel did not start until mid-January 2016;

3. Due to the gap of litigation coverage between the prior and subsequent counsel, the City's new counsel needed to address immediate issues on several cases, including full-time preparation for a 10-day trial set to commence on April 12, 2016;

4. The parties agree that, in consideration of the facts that expert discovery and dispositive motion practice will shortly commence, and that the City's new handling attorney now has had the opportunity to adequately apprise himself of this case, this represents a critical and ripe opportunity to consider resolving this case before costs grow considerably larger.

5. The parties recently began discussing exploring settlement before this case gets much more expensive in expert discovery (disclosures currently set for June 21, 2016) and dispositive motion practice (deadline September 23, 2016).

6. The parties mutually believe that if the schedule continues as currently set, they may lose this opportunity to resolve this in a manner that is economical and fair for both parties.

7. The parties mutually believe that a 30 to 60 day time-period is necessary to give full vent to this process and explore meaningful settlement negotiation and mediation.

8. Subject to the Court's approval, the parties propose the following brief continuance of the following deadlines:

| Event | Old Date | Proposed New Date |
|---|---|---|
| Discovery Cut Off | May 30, 2016 | July 29, 2016 |
| Expert Disclosures | June 21, 2106 | August 22, 2016 |
| Expert Rebuttals | July 12, 2016 | September 13, 2016 |
| Expert Discovery Cut Off | August 17, 2016 | October 24, 2016 |
| Dispositive Motion | September 23, 2016 | December 23, 2016 |
| Joint Pretrial Statement | November 10, 2016 | January 27, 2017 |
| Final Pretrial Conference | December 2, 2016 | February 10, 2017 |
| Trial Brief | December 12, 2016 | February 24, 2017 |

Case No: 2:14-cv-00483-KJM-KJN                STIPULATION TO ALTER PRETRIAL
                                              SCHEDULING ORDER; ORDER

-2-

| Jury Trial | January 9, 2017 | April 3, 2017 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 26, 2016    Respectfully submitted,

/s/ *Frank A. Splendorio*
FRANK A. SPLENDORIO
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, et al.

DATED: May 26, 2016    /s/ *Nick Casper*
NICK CASPER
CASPER, MEADOWS, SCHWARTZ & COOK
Attorney for Plaintiff,
GUILLERMO SOLIS

The court approves the following schedule:

| Event | Old Date | New Date |
|---|---|---|
| Discovery Cut Off | May 30, 2016 | July 29, 2016 |
| Expert Disclosures | June 21, 2106 | August 22, 2016 |
| Expert Rebuttals | July 12, 2016 | September 13, 2016 |
| Expert Discovery Cut Off | August 17, 2016 | October 24, 2016 |
| Dispositive Motion | September 23, 2016 | December 23, 2016 |
| Joint Pretrial Statement | November 10, 2016 | April 14, 2017 |
| Final Pretrial Conference | December 2, 2016 | May 5, 2017 at 10:00 a.m. |
| Trial Brief | December 12, 2016 | June 5, 2017 |
| Jury Trial | January 9, 2017 | June 19, 2017 at 9:00 a.m. |

1    IT IS SO ORDERD.

2   DATED:  June 22, 2016.

_____
UNITED STATES DISTRICT JUDGE